**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Mork's Auto Revival, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **38-4054777** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **500 Metcalf Street** **Building F5W** **Sedro Woolley, WA 98284** Number, Street, City, State & ZIP Code **Skagit** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **morksautorevival** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Mork's Auto Revival, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

Debtor **Mork's Auto Revival, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Mork's Auto Revival, LLC**     Case number (*if known*)
     Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Mork's Auto Revival, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 22, 2024**
MM / DD / YYYY

**X** **/s/ Andrew Robert Mork**                                **Andrew Robert Mork**
Signature of authorized representative of debtor              Printed name

Title **Managing Member**

**18. Signature of attorney**

**X** **/s/ Thomas D. Neeleman**                                Date **February 22, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**     Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Mork's Auto Revival, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AutoZone** c/o Jazmin Parra 123 S Front St Memphis, TN 38103 | | | | | | $9,577.75 |
| **Dean Lambert** 8346 Dryer Street Lyman, WA 98263-0164 | | **Loan** | | | | $20,000.00 |
| **Discover** PO OX 30416 Salt Lake City, UT 84130 | | | | | | $6,085.10 |
| **IRS** Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | **1Q2023** | | | | $3,644.09 |
| **Keystone Automotive Industries** 3520 Carlin Drive Ste 110 West Sacramento, CA 95691 | | | | | | $6,548.59 |
| **LKQ Bellingham** 2020 E Bakerview Rd Bellingham, WA 98226 | | | | | | $1,852.00 |
| **O'Riley** PO BOX 9464 Springfield, MO 65801-9464 | | **Wholesale Account** | | | | $4,233.86 |

| Debtor | Mork's Auto Revival, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OnDeck** 4700 W. Daybreak Pkwy Suite 200 Eagle Mountain, UT 84009 | | **Loans** | | | | $241,608.15 |
| **Ryan Baker** 4454 Mosquito Wake Rd. | | | | | | $2,000.00 |
| **SBA** 409 3rd St, SW Washington, DC 20416 | | **Loan** | | | | $150,360.50 |
| **SBA** 409 3rd St, SW Washington, DC 20416 | | **UCC-1** | | $170,029.78 | $88,431.40 | $81,598.38 |
| **Steve Chaney** 6127 Parkside Dr. Anacortes, WA 98221 | | **Loan** | | | | $30,000.00 |
| **The Fundworks, LLC** 5990 Sepulveda Blvd, Suite 310 Van Nuys, CA 91411 | | | | | | $50,000.00 |
| **Tonkin** 12155 NE Airport Way Portland, OR 97220 | | **Services Provided** | | | | $4,438.78 |
| **US Bank** P.O. Box 5227 Cincinnati, OH 45202-5227 | | **Credit Card** | | | | $13,441.30 |
| **US Bank** PO Box 5227 Cincinnati, OH 45202 | | **Credit Card** | | | | $20,919.38 |
| **Vitalcap Fund Cure Payment Recovery** 1490 William Floyd, Suite 108 Shirley, NY 11967 | | **Loan** | | | | $37,098.64 |
| **WA Dept of L & I** PO Box 44000 Olympia, WA 98504-4000 | | **Premium** | | | | $17,028.01 |

| Debtor | Mork's Auto Revival, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WA Employment Security Dept** PO Box 34949 Seattle, WA 98124-1949 | | | | | | **$12,228.97** |
| **WA State Dept of Revenue** PO Box 47473 Olympia, WA 98504-7473 | | Sales Tax | | | | **$28,695.00** |

500 METCALF STREET LLC
P.O. BOX 166
SEDRO WOOLLEY, WA 98284


ALLDATA
9650 WEST TARON DRIVE
SUITE 100
ELK GROVE, CA 95757


AMAZON
P.O. BOX 960013
ORLANDO, FL 32896-0013


ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


AUBREY THRASHER
12 POWDER SPRING STREET
MARIETTA, GA 30064


AUTOZONE
C/O JAZMIN PARRA
123 S FRONT ST
MEMPHIS, TN 38103


CARMICHAEL CLARK PS
PO BOX 5228
BELLINGHAM, WA 98227


CHRISTOPHER STEFANIU
17615 HORSEMAN DR
COLBERT, WA 99005


CLICK LEASE


CLINT FREDERICK
1816 S. 15TH ST
MOUNT VERNON, WA 98274

```
COMCAST BUSINESS
ONE COMCAST CENTER
PHILADELPHIA, PA 19103


COMCAST BUSINESS
P.O. BOX 60533
CITY OF INDUSTRY, CA 91716-0533


CORNWELL QUALITY TOOLS
ATTN: TECH CREDIT
667 SEVILLE RD
WADSWORTH, OH 44281-1077


CRYSTAL SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579


DEAN LAMBERT
8346 DRYER STREET
LYMAN, WA 98263-0164


DISCOVER
PO OX 30416
SALT LAKE CITY, UT 84130


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KEYSTONE AUTOMOTIVE INDUSTRIES
3520 CARLIN DRIVE
STE 110
WEST SACRAMENTO, CA 95691


LKQ BELLINGHAM
2020 E BAKERVIEW RD
BELLINGHAM, WA 98226


O'RILEY
PO BOX 9464
SPRINGFIELD, MO 65801-9464
```

```
ONDECK
4700 W. DAYBREAK PKWY
SUITE 200
EAGLE MOUNTAIN, UT 84009


PCS PETROLEUM SERVICES
2243 PARK LL
MINDEN, NV 89423


PUGET SOUND ENERGY
PO BOX 92169
BELLEVUE, WA 98009-8269


RYAN BAKER
4454 MOSQUITO WAKE RD.


S & P FINANCIAL SERVICES


SBA
409 3RD ST, SW
WASHINGTON, DC 20416


SEDRON TECHNOLOGIES
C/O JULIE MACKENZIE
133 W STATE STREET
SEDRO WOOLLEY, WA 98284


SLS LEASING FUND 1 LLC
8341 NW MACE ROAD #200
KANSAS CITY, MO 64152


STEVE CHANEY
6127 PARKSIDE DR.
ANACORTES, WA 98221


THE FUNDWORKS, LLC
5990 SEPULVEDA BLVD, SUITE 310
VAN NUYS, CA 91411


TONKIN
12155 NE AIRPORT WAY
PORTLAND, OR 97220
```

TRUCK TOYS, INC.
222 METCALF STREET
SEDRO WOOLLEY, WA 98284


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


US BANK
P.O. BOX 5227
CINCINNATI, OH 45202-5227


US BANK
PO BOX 5227
CINCINNATI, OH 45202


VITALCAP FUND
CURE PAYMENT RECOVERY
1490 WILLIAM FLOYD, SUITE 108
SHIRLEY, NY 11967


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WA STATE DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504-7473

In re   **Mork's Auto Revival, LLC**                                                 Case No.
                                  Debtor(s)                                           Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mork's Auto Revival, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 22, 2024**                           **/s/ Thomas D. Neeleman**
Date                                            **Thomas D. Neeleman 33980**
                                                Signature of Attorney or Litigant
                                                Counsel for  **Mork's Auto Revival, LLC**
                                                **Neeleman Law Group, P.C.**
                                                **1403 8th Street**
                                                **Marysville, WA 98270**
                                                **(425) 212-4800 Fax:(425) 212-4802**
                                                **courtmail@expresslaw.com**